# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**RICKEY CALLOWAY**                                                                    **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 3:09CV-P592-S**

**MIKE BRACKETT et al.**                                                 **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final order.

The Court further **certifies** that an appeal of this action would not be taken in good faith.

*See* 28 U.S.C. § 1915(a)(3).

Date: October 20, 2009

                                                      Charles R. Simpson III, Judge
                                                      United States District Court

cc:     Plaintiff, *pro se*
           Defendants
4411.009